UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:06 cr 165-S

**BRIAN OWENS**

18 U.S.C. § 371
18 U.S.C. § 471
18 U.S.C. § 472

FILED
Jeffrey A. Apperson, Clerk
DEC 0 5 2006
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

The Grand Jury charges:

## COUNT 1

On or about August 13, 2006, in the Western District of Kentucky, Jefferson County, Kentucky, **BRIAN OWENS**, the defendant herein, with intent to defraud, falsely made, forged, counterfeited, and altered obligations and other securities of the United States, to wit:

a. 7 counterfeit $20 Federal Reserve Notes bearing the serial number EB43879034K;

b. 5 counterfeit $20 Federal Reserve Notes bearing the serial number GD32346569A; and

c. 7 counterfeit $20 Federal Reserve Notes bearing the serial number GE19981351A;

In violation of Title 18, United States Code, Section 471.

The Grand Jury further charges:

## COUNT 2

On or about August 13, 2006, in the Western District of Kentucky, Jefferson County, Kentucky, **BRIAN OWENS**, the defendant herein, did conspire, confederate, and agree with others known to the Grand Jury to commit the following offense against the United States, that is, with intent to defraud, falsely made, forged, counterfeited, and altered obligations and other securities of the United States in violation of Title 18, United States Code, Section 471.

In order to further the conspiracy, and to effect the objects thereof, **BRIAN OWENS** and other individuals, both known and unknown to the Grand Jury committed the following overt acts, among others:

    a.    On or about August 13, 2006, **BRIAN OWENS** and another individual known to the Grand Jury, purchased a Brother All-In-One color Printer, model number MFC-420, from a Wal-Mart discount store located at 175 Outer Loop, Louisville, Kentucky.

    b.    On or about August 13, 2006, in Louisville, Kentucky, **BRIAN OWENS** used the Brother All-In-One color printer to make counterfeit United States currency.

    c.    On or about August 13, 2006, in Louisville, Kentucky, **BRIAN OWENS** cut 4 or 5 sheets of paper containing printed images of counterfeit United States currency; and

    d.    On or about August 13, 2006, in Louisville, Kentucky, **BRIAN OWENS** discarded uncut sheets of paper containing images of counterfeit United States currency into a trash can.

In violation of Title 18, United States Code, Section 371.

A TRUE BILL.

FORE

*/s/ David L. Huber*
DAVID L. HUBER
United States Attorney

DLH:BRC:vlp:061115

UNITED STATES OF AMERICA v. BRIAN OWENS

## **P E N A L T I E S**

Count 1:  NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2:  NM  5 yrs./$250,000/both/NM 3 yrs. Supervised Release

## **N O T I C E**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual      Felony:  $100 per count/individual
              $125 per count/other                    $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

  1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     <u>For offenses occurring after December 12, 1987:</u>

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

  2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

  3. Continuous **GARNISHMENT** may apply until your fine is paid.

  18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY  40202
              502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
              120 Federal Building
              241 East Main Street
              Bowling Green, KY  42101
              270/393-2500

OWENSBORO:    Clerk, U.S. District Court
              126 Federal Building
              423 Frederica
              Owensboro, KY  42301
              270/689-4400

PADUCAH:      Clerk, U.S. District Court
              127 Federal Building
              501 Broadway
              Paducah, KY  42001
              270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
BRIAN OWENS

*FILED*
*Jeffrey A. Apperson, Clerk*
*DEC 0 5 2006*
*U.S. DISTRICT COURT*
*WESTN. DIST. KENTUCKY*

## INDICTMENT

**Title 18, U.S.C. §§ 471; 371:**
**Making Forged Securities of the United States;**
**Conspiracy to Make Forged, Counterfeited and Altered Obligations and Other Securities of the United States.**

*A true bill.*

_____   _____
                                  *Foreman*

*Filed in open court this 5th day,*

*of December A.D. 2006.*

_____
                                  *Clerk*

*Bail, $*

_____